VETERANS LOAN AUTHORITY, PLAINTIFF-PETITIONER, v. THOMAS V. ROZELLA, ET AL., DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 21 *N. J. Super.* 1.

*Mr. Paul Colvin* for the petitioner.

*Mr. Milford Salny* for the respondents.

October 14, 1952. Denied.

EDWARD DUNLEAVY, PETITIONER-PETITIONER, v. TIETJEN & LANG DRY DOCKS, RESPONDENT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 20 *N. J. Super.* 486.

*Messrs. Reich & McDevitt* for the petitioner.

*Mr. Walter H. Jones* for the respondent.

October 14, 1952. Denied.